**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | DEFINITIONS PRIVATE TRAINING GYMS, INC. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DEFINITIONS FUNDING INC. |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-5831003 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| C/O POVOL AND CO.<br>1981 MARCUS AVENUE<br>SUITE C100<br>New Hyde Park, NY 11042<br>Number, Street, City, State & ZIP Code | <br>P.O. Box, Number, Street, City, State & ZIP Code |
| Nassau<br>County | Location of principal assets, if different from principal place of business<br>**19 UNION SQUARE WEST New York, NY 10003**<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor **DEFINITIONS PRIVATE TRAINING GYMS, INC.**                                    Case number (*if known*)
        Name

7. **Describe debtor's business**    A. *Check one:*
   
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   
   ■ None of the above
   
   B. *Check all that apply*
   
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))
   
   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      
      ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*
   
   ☐ Chapter 7
   
   ☐ Chapter 9
   
   ■ Chapter 11. *Check all that apply:*
   
   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   
   ☐ A plan is being filed with this petition.
   
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   
   ■ No.
   
   ☐ Yes.
   
   If more than 2 cases, attach a separate list.
   
   District _____  When _____  Case number _____
   
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    
    ■ No
    
    ☐ Yes.
    
    List all cases. If more than 1, attach a separate list
    
    Debtor _____  Relationship _____
    
    District _____  When _____  Case number, if known _____

Debtor   **DEFINITIONS PRIVATE TRAINING GYMS, INC.**                                   Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **DEFINITIONS PRIVATE TRAINING GYMS, INC.**                           Case number (*if known*) _____
_____
Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/31/17
              MM / DD / YYYY

X _____         JOSEPH B. BARRON
   Signature of authorized representative of debtor    Printed name

   Title   **PRESIDENT**

**18. Signature of attorney**    X _____      Date  3/31/17
                                    Signature of attorney for debtor                MM / DD / YYYY

**A. MITCHELL GREENE**
Printed name

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
Firm name

**875 THIRD AVENUE**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone  **(212) 603-6300**          Email address  _____

_____
Bar number and State

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                                              Chapter 11

**DEFINITIONS PRIVATE TRAINING**                      Case No.
**GYMS , INC.,**
**A/K/A DEFINITIONS FUNDING INC.**

                                                Debtor.
------------------------------------------------------------X

## CERTIFICATE OF RESOLUTION

I, the undersigned, **Joseph Barron**, as the President of **Definitions Private Training Gyms, Inc. a/k/a Definitions Funding Inc.** (the "Corporation"), do hereby certify that at a meeting of the Corporation duly called and held, the following resolutions were adopted and recorded in the Minute Book of the Corporation, and they have not been modified or rescinded, and are still in full force and effect:

> "**RESOLVED,** that in the judgment of the Corporation it is desirable and in the best interest of the Corporation, its creditors, shareholders and other interested parties, that a petition be filed by the Corporation for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further
>
> "**RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that Joseph Barron, as the President of the Corporation, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it is further
>
> "**RESOLVED,** that Joseph Barron, as the President of the Corporation, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to effectuate the filing of the Chapter 11 case, and, in that connection, that the

firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C. be retained and employed as legal counsel for the Corporation under a general retainer, in addition to such special counsel as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case."

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Corporation 31th day of March, 2017.

**Definitions Private Training Gyms, Inc.**
**a/k/a Definitions Funding Inc.**

By: _____
Joseph Barron, President

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                                          Chapter 11

**DEFINITIONS PRIVATE TRAINING**                    Case No.
**GYMS , INC.,**
**A/K/A DEFINITIONS FUNDING INC.**

                                        Debtor.
------------------------------------------------------------X

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-2

STATE OF NEW YORK    )
                                      ) ss:
COUNTY OF NEW YORK  )

**Joseph Barron**, being duly sworn, deposes and says:

1. I am the President of Definitions Private Training Gyms, Inc. a/k/a Definitions Funding Inc. (the "Debtor"), and am fully familiar with the facts set forth herein.

2. I submit this declaration in accordance with Local Bankruptcy Rule 1007-2 in support of the Debtor's filing of a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

3. The Debtor operates a private training gym out of leased premises located at 19 Union Square West, New York, New York (the "Premises"). The landlord for the Premises is 17-19 Associates LLC. Due to rising costs and an unexpected downturn in business, the Debtor defaulted on its lease. The Debtor filed for chapter 11 protection to preserve its rights under its lease with 17-19 Associates LLC.

4. No pre-petition committee was organized prior to the Order for relief.

5. A summary of the Debtor's assets and liabilities will be set forth on the summary of schedules to be filed.

{00850534.DOC;1}392093

6. The names and addresses of the twenty largest unsecured creditors, excluding insiders, appears on Exhibit "A" to this affidavit.

7. All suits or proceedings in which the Debtor is named as a party will be listed in the Debtor's Statement of Financial Affairs to be filed.

8. No property of the Debtor is in the possession and control of a receiver.

9. The estimated operating expenses of the Debtor for the next **thirty days** is:

**INCOME:**

    **Total Estimated Income:**   **$225,000**

**EXPENSES:**

| | |
|---|---|
| Payroll | $92,850 |
| Rent | $77,000 |
| Less advertising | $15,000 |
| Insurance | $4,000 |
| Credit Card Fees | $6,525 |
| Office Expenses | $4,400 |
| Employee Recruiting | $2,600 |
| License and Permits Fees | $1,100 |
| Storage | $1,694 |

    **Total Estimated Expenses:**  **$205,169**

    **NET INCOME:**   **$19,831**

Dated: March 31, 2017

                                  **Definitions Private Training Gyms, Inc.**
                                  **a/k/a Definitions Funding Inc.**

                                  **By:** _____
                                  **Joseph Barron, President**

Sworn to before me this
31st day of March, 2017

_____
Notary Public, State of New York

    ROBERT M. SASLOFF
  Notary Public, State of New York
      No. 02SA4966401
   Qualified in Kings County
  Commission Expires 5-7-2018

{00850534.DOC;1 }-3-

392093

# United States Bankruptcy Court
## Southern District of New York

| | | | |
|---|---|---|---|
| In re | **DEFINITIONS PRIVATE TRAINING GYMS, INC.** | Case No. | |
| | Debtor(s) | Chapter | **11** |

## VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 03/31/17

JOSEPH B. BARRON/PRESIDENT
Signer/Title

```
17-19 ASSOCIATES LLC
C/O ABS PARTNERS REAL ESTATE L
ATTN: PETER BURACK
NEW YORK, NY 10003


AMER. EXPRESS C/O KC USHIJIIMA
GURSTEL LAW FIRM PC
1275 E. FT. UNION BLVD
MIDVALE, UT 84047


CEMUSA NY, LLC
C/O L. BLAKE MORRIS, ESQ.
1214 CORTELYOU ROAD
BROOKLYN, NY 11218-5404


CORP. COUNSEL FOR NYC
100 CHURCH STREET
NEW YORK, NY 10007


GARRY STEINHART
250 WEST 27TH STREET
NEW YORK, NY 10001


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19114


ITRIA VENTURES LLC
462 SEVENTH AVENUE
20TH FLOOR
NEW YORK, NY 10018


JOSEPH BARRON
22 EAST 36TH ST.
6B
NEW YORK, NY 10016


LAZAR MECHANICAL
147 ESSEX STREET
NEW YORK, NY 10002


MARC BAUM
241 WEST 12TH STREET
NEW YORK, NY 10014
```

```
NEW YORK STATE DEPT. OF FINANC
ATTN: BANKRUPTCY SPECIAL PROC
PO BOX 5300
ALBANY, NY 12205


NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN: LEGAL AFFAIRS
BROOKLYN, NY 11201


OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224


PEPPERCOMM INC.
C/O L. BLAKE MORRIS, ESQ.
1214 CORTELYOU ROAD
BROOKLYN, NY 11218-5404


POVOL AND CO.
1981 MARCUS AVENUE SUITE C100
NEW HYDE PARK, NY 11042


SIEGEL AND REINER
900 THIRD AVENUE
NEW YORK, NY 10022


TIME WARNER CABLE MEDIA INC.
C/O MEYERS SAXON & COLE
3620 QUENTIN ROAD
BROOKLYN, NY 11234


TITAN OUTDOOR LLC
C/O GOETZ FITZPATRICK LLP
ONE PENN. PLAZA, STE, 3100
NEW YORK, NY 10119


US ATTY OFFICE -SDNY
86 CHAMBERS STREET
ATTN: TAX AND BANKRUPTCY
NEW YORK, NY 10007


VAN WAGNER COMMUNICATIONS, LLC
800 THIRD AVENUE
NEW YORK, NY 10022
```

```
VAN WAGNER COMMUNICATIONS, LLC
C/O PETER SEIDEMAN, ESQ.
136 EAST MAIN STREET
EAST ISLIP, NY 11730


WILLIAM GUTMANN
314 EAST 41ST STREET
#702
NEW YORK, NY 10017
```